**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**BRADLEY HARTMAN** | Case: 1:26-mj-000130<br>Assigned To: Judge Harvey, G. Michael<br>Assign. Date: 7/31/2026<br>Description: COMPLAINT W/ARREST WARRANT |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Bryan Mancuso, being first duly sworn, hereby depose and state as follows:

**AFFIANT BACKGROUND**

1.      I submit this affidavit in support of a criminal complaint charging BRADLEY HARTMAN with Distribution of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(2) & (b)(1). Specifically, on or about and between June 17, 20206 and June 23, 2026, BRADLEY HARTMAN (hereinafter "HARTMAN") knowingly distributed child pornography via the messaging application Telegram to a Federal Bureau of Investigation ("FBI") undercover employee ("UC") located in the District of Columbia.

2.      Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement.  Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

**AFFIANT BACKGROUND**

3.      Your affiant, Detective Bryan Mancuso, has been a sworn member of the Metropolitan Police Department of the District of Columbia (hereinafter "MPDC") since 2008,

1

and is currently a Detective assigned to the Federal Bureau of Investigation ("FBI") and the Metropolitan Police Department's Child Exploitation Task Force. Your Affiant has investigated sexual offenses involving children since 2014, as a Task Force Officer ("TFO"). Your Affiant is responsible for investigating internet crimes against children such as the production or distribution of child pornography, as well as for investigating allegations of commercial sex trafficking of children and has been deputized as a federal law enforcement officer by the United States Marshal Service. Throughout my career, your Affiant has received specialized training regarding sexual abuse of children, sexual assaults, and sex trafficking. Your Affiant has gained expertise in conducting such investigations through formal training and on-the-job training with more experienced agents. Your Affiant has received training and experience in interviewing and interrogation techniques, arrest procedures, and a variety of investigative tools available to law enforcement officers. Your Affiant has previously sworn to and obtained search warrants in Superior Court and the District Court of the District of Columbia which have led to the recovery of evidence and arrests of criminal offenses. As a Task Force Officer with the FBI, I am authorized to execute warrants issued under the authority of the United States.

4.       The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

5.       Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § §2252(a)(2) and (b)(1) (distribution of child pornography) (hereafter, the "TARGET OFFENSE") have been committed by BRADLEY HARTMAN.

2

**PROBABLE CAUSE**

4.      SUBJECT 1 was arrested in Texas in April 2026, after chatting with an undercover FBI Task Force Officer located in the District of Columbia on an encrypted mobile messaging application. SUBJECT 1 was charged in a criminal complaint in the United States District Court for the District of Columbia with a single count of Distribution of Child Pornography in violation of Title 18 United States Code ("U.S.C.") §§ 2252(a)(2) and (b)(1) (d). (Case number 1:26-mj-00066). After his arrest, SUBJECT 1's phone and a laptop computer were seized and sent to the FBI's Washington Field Office.

5.      In May 2026, in search warrant case number 26-SW-144, United States Magistrate Judge G. Michael Harvey of the United States District Court for the District of Columbia issued a warrant authorizing the search of SUBJECT 1's seized devices.   During the forensic review of the seized phone, law enforcement discovered several messages between SUBJECT 1 and other individuals regarding the distribution and/or receipt of child pornography and the sexual exploitation of children.

6.      In the data extraction of SUBJECT 1's phone, agents observed communications in the Telegram Messenger (Telegram)[1] application between SUBJECT 1 and user ID number 7594330498 which occurred between July 3, 2025, and August 14, 2025, and which discussed the sexual exploitation of children. Usernames were not visible in the extraction. During these chats, SUBJECT 1 stated to user ID number 759433049, "I can tell you're into young lol." User ID number 7594330498 1 then sent SUBJECT 1 multiple images depicting child pornography.

---

[1] Telegram is an internet-based messaging and social-media application for smartphones, tablets, and computers. Users can transmit messages, photos, videos, and other types of files with one another. Users can also create and participate in "groups," which allow up to 200,000 users to exchange messages and files, including photos and videos. Telegram uses encryption properties to foster privacy and security in messaging.

7.      A subpoena was sent to Telegram for information related user ID number 7594330498.  On or about June 15, 2026, Telegram provided information related to the account, including username ███████, telephone number 770-316-XXXX, and the display name "Bradley."

8.      On or about June 16, 2026, Verizon responded to an administrative subpoena related to telephone number 770-316-XXXX, which provided a contact name of Bradley Hartman and the residential address XXXX Highpoint Rd, Snellville, Georgia 30078.

9.      The UC contacted HARTMAN on the Telegram application at HARTMAN's ███████ Telegram handle. HARTMAN responded to the UC on June 17, 2026, and the following conversation ensued in relevant part:

> **UC:** Hey man, find any good groups lately?!?!
>
> **Bradley:** No, but here's a handful of my most recent acquisitions.

10.     HARTMAN then sent eleven (11) videos and eight (8) images which were sexually explicit or which depicted individuals engaged in sexually explicit conduct. The ages of the individuals depicted in the material appeared to range from an infant under one year old to teenagers, and included the following files:

   a. An 18-minute and 56-second video file depicting an adult female, a prepubescent boy, and a prepubescent girl. The video depicts the adult female undressing the children and manipulating the boy's penis with her hand. The adult female then puts the boy's penis into her mouth and has both children lick her vagina. The video also depicts the prepubescent boy penetrating the adult female's vagina and the children performing sexual acts with each other. The girl is small in stature, has young facial features, and no breast development. The boy is small in stature, has very young facial features, and no pubic hair development.

b.  A 28-minute and 2-second video file depicting a split screen. Visible on one side of the screen is an adult female with a prepubescent girl approximately one year of age, and on the other side, there is an adult female with a prepubescent boy. The adult females manipulate the genitalia of the children with their hands and mouths. The adult female then puts the boy's penis into her mouth and has the boy penetrate her vagina with his penis. A third adult male is added to the video, splitting the screen into three sections, and he is seen masturbating. The boy is small in stature, has very young facial features, and no pubic hair development.

c.  A 4-second video file depicting a prepubescent girl lying on a bed with a mask over her eyes, a white tank top across her chest, and unclothed from the stomach down. The girl is being anally penetrated by an adult male's erect penis. The girl is small in stature, has young facial features, and no breast development.

11.  The chat between HARTMAN and the UC continued on June 17, 2026, including the following exchange:

**UC:** Fucking hot man!

**UC:** Thx

**Bradley:** You're welcome

**UC:** I had a link this some real young but it got killed

**UC:** Want it back so fucking bad

**UC:** Sucks all the groups keep going down

**Bradley:** [reacted] 💯

**UC:** Appreciate u though

**Bradley:** [reacted] ❤️

**UC:** Names Rob 39 Dau 9 want to play so bad

**Bradley:** I'm not sure I understand. Are you talking about you amd yours?

**UC:** lol my bad yeah let me know if talking to much seemed like you were over talking I understand if so

**Bradley:** I'm cool with talking. Do you have pics of yours?

**UC:** Few spy not much nervous better when she was young and not talking

[The UC then sent an image that appeared to depict a female child lying on her back, wearing a pink top and pink underwear, with her stomach showing.][2]

12.     On the same day, the chat between the UC and HARTMAN continued and HARTMAN stated, "If you want to make something for you to enjoy, consider running you pics through an AI bot." HARTMAN then sent two links to the UC. The first link had the caption "Ah, the girls clothes in the photo disappeared!! 🧖 🔞 " and the second image included the caption "👀 I've just found a bot that remove any clothes of any photo 📷 💌 ". The UC responded, "Thanks man gotta try that".

13.     The following exchange then occurred between HARTMAN and the UC:

**UC:** What ages do u like

**Bradley:** Generally 3+

**UC:** My man younger the better

**Bradley:** Any smaller and it's just screaming and crying if you try to go in, based on the vids I've seen

**UC:** Yeah not crazy into violent myself

14.     On June 23, 2026, HARTMAN sent the UC thirteen (13) videos containing child sexual abuse material (CSAM) in a Telegram message, including the following files:

---

[2] The image sent by the UC did not depict an actual child.

a.  A 1-minute and 3-second video file depicting a naked prepubescent girl lying on a piece of furniture and being vaginally penetrated by an adult male's finger. The girl is small in stature, has young facial features, and has no breast or pubic hair development.

b.  A 1-minute and 1-second video file depicting a prepubescent girl on a bed wearing an orange and blue shirt while being orally penetrated by a pubescent male's erect penis. The girl is small in stature and has young facial features.

c.  A 15-second video file depicting a naked prepubescent girl lying on a bed while being vaginally penetrated by an adult male's erect penis. The girl is small in stature, has young facial features, and has no breast or pubic hair development.

15.     On July 29, 2026, your affiant reviewed records provided by the Georgia Bureau of Investigations showing an active Georgia Driver's License in the name of Bradley Jason Hartman with a residential address of XXXX Highpoint Rd, Snellville, Georgia 30078.

16.     On July 30, 2026, FBI agents from the Atlanta Field Office executed a search warrant at HARTMAN's Highpoint Road address in Georgia and seized several electronic devices including a cellular phone and a laptop computer belonging to HARTMAN.  Agents conducted an on-scene preview of HARTMAN's cellular phone and observed the Telegram application was installed on the device.   Agents further observed chats in the Telegram application on HARTMAN's device between the UC's undercover account and the ▮▮▮▮▮▮ Telegram account.

17.     HARTMAN was also located at the residence at the time of the search warrant execution.  After waiving his *Miranda* rights, HARTMAN agreed to participate in a voluntary interview with the FBI.  During the interview, HARTMAN admitted that he sent child

7

pornography to other individuals using the Telegram and Discord mobile applications. HARTMAN was asked if he had ever sexually abused his 15-year-old daughter. HARTMAN denied ever sexually abusing his daughter but acknowledged that he had thought about doing so. HARTMAN then stated that he wanted to confess his actions to his wife and then wanted to kill himself.

## **CONCLUSION**

18.    For the reasons set forth above, I submit that probable cause exists to believe that, on or about and between June 17, 2026 and June 23, 2026, BRADLEY HARTMAN committed the offense of Distribution of Child Pornography, in violation of 18 U.S.C. 2252(a)(2) & (b)(1).

Respectfully submitted,

_____
Bryan Mancuso, Detective
Metropolitan Police Department

Subscribed and sworn to in accordance with Fed. R. Crim. P. 4.1 and 41(d)(3) by telephone on July 31, 2026:

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE